Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 3562 | **DATE** | 1/30/2006 |
| **CASE TITLE** | Jason Machiela vs. Trizec Holdings, Inc. | | |

## DOCKET ENTRY TEXT

Enter Final Approval Order. Parties are directed to implement the settlement in accordance with its terms. Except as to any Persons who have timely and effectively requested exclusion from the settlement. The Court hereby dismisses the claims of Plaintiff Jason Machiela and each Class Member defined in the Settlement Agreement, who has not opted out, against Defendant and its Related Parties, with prejudice in accordance with the terms of the Settlement Agreement. The Parties are to bear their own costs, except as otherwise provided in the Agreement. The Court awards to Class Counsel attorneys' fees and costs in the amount of $14,000.00, at their current hourly rates after reviewing Class Counsel's fee certification. This Court retains jurisdiction to enforce the terms of the settlement.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:05

U.S. DISTRICT COURT

2006 JAN 30 PM 5:29

FILED

| | Courtroom Deputy Initials: | TH |
|---|---|---|

05C3562 Jason Machiela vs. Trizec Holdings, Inc.